IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHARLETTA BARRINGER-BROWN, *Ph.D.*, <br>     Plaintiff, <br><br> v. <br><br> SOUTHSIDE VIRGINIA COMMUNITY COLLEGE, *et al.*, <br>     Defendants. | Civil Action No. 3:24cv465 (RCY) |

**ORDER**

This matter is before the Court on Defendant Southside Virginia Community College's Motion to Dismiss (ECF No. 5). Defendant filed its Motion to Dismiss on July 31, 2024. On August 20, 2024, precisely twenty-one days after the Motion to Dismiss was filed, Plaintiff filed a *pro se* Amended Complaint (ECF No. 7). Pursuant to Federal Rule of Civil Procedure 15, the Court finds that Plaintiff timely amended as a matter of course. Defendant's Motion to Dismiss (ECF No. 5) is accordingly DENIED AS MOOT.

Let the Clerk file this Order electronically and notify all counsel of record accordingly, and mail a copy to the Plaintiff, who is proceeding *pro se*.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: August 26, 2024
Richmond, Virginia