

Keith Harkins <keith.harkins@southside.edu>

# Summer Schedule
1 message

**Keith Harkins** <keith.harkins@southside.edu>  Tue, Feb 28, 2023 at 12:13 PM
To: Charletta Barringer <charletta.barringer-brown@southside.edu>

Good afternoon, Dr. Barringer-Brown. Below are a few items I need some clarity on; we can talk about them in Roanoke if you'd like. In the interest of time, I just wanted to email you because you have expressed deadlines to the faculty.
--Limiting faculty hours in the summer--This needs more discussion as it has large repercussions across the college. This is something you should have run past me--We can't do this for this summer. There will be too many unmet needs. Unless you have a compelling reason I am missing, please rescind this directive ASAP. I encourage you to cite "overwhelming faculty feedback" as your reason.
--Some faculty members seem to think you are mandating the use of Cengage...we can't do that. We can encourage them to consider it, but that's about it. Please clarify that with them.
--Program Leads--the faculty needs to be more involved in this discussion (ask them for a workgroup and have them submit a plan to you, for instance), and a plan must be submitted to President's Council for review. The plan must address how release time will be applied (HR will need to be included in that part) and our plan to cover classes usually taught by those awarded release time. While I would like to move quickly, a Fall implementation is likely unrealistic, considering the number of approval levels. Perhaps have the workgroup's recommendation to you by the end of the semester?

I appreciate the movement in these areas, but our shared governance mandate requires us to include faculty input in the process. It can be frustrating, but it does provide some relief in that you should not and do not have to lead every one of these efforts.

Keith


Keith Harkins, Ph.D.
Vice President
Academic & Workforce Programs
Southside Virginia Community College
-------------------------------------------------
200 Daniel Road
Keysville VA, 23947
(o): 434-736-2005
(m): 434-851-5128



EXHIBIT 2