109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527



"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"

"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

On Fri, May 26, 2023 at 2:06 PM Shannon Feinman <shannon.feinman@southside.edu> wrote:

Dear Dr. Barringer-Brown,

Thank you for your response.  I acknowledge your concerns which are very serious.  In order to help I need to gather all of the facts and documentation, and for that I need your assistance.

Please provide me with copies of the written accusations you mention in item #2 below in your email of May 23 at 3:34 pm.

Please also provide me with your written representation of the verbal accusations you mention in item #2 below in your email of May 23 at 3:34 pm.

Thank you,
**Shannon Vassar Feinman**
**Vice-President of Finance and Administration**
Southside Virginia Community College
434.949.1005
southside.edu
Facebook • Instagram • Twitter



On Tue, May 23, 2023 at 3:34 PM Charletta Barringer <charletta.barringer@southside.edu> wrote:
Dear Mrs. Feinman,

6

1. On Thursday, May 11, 2023, ███████████████, expressed that "she felt better" as she left my office with Mr. Chad Wollenberg. I made no comment. At no point in time have I stated in writing or verbally that I feel as though the meetings were positive or productive. I have voiced my concerns through email correspondence sent forward on Tuesday, May 16, 2023, to Chad Wollenberg and Theresa Henderson. You (Feinman) acknowledged receipt of the said correspondence on Wednesday, May 17, 2023.

2. The email correspondence sent forward on Tuesday, May 16, 2023, (Wollenberg and Henderson) for which I expressed my concerns has not changed nor have I provided any differing opinion of the facts or issues. I am unsupported in my role with SVCC. I feel unsafe in my work environment due to the actions of selected faculty members and others. I have been harassed through written email communications and have been the target of slander and defamation of my character with regard to baseless accusations (former adjunct and selected faculty). I want these false, slanderous, and defaming (written and verbal) accusations to cease. I demand to be able to perform the duties of my job, without threat of false, defaming, and otherwise slanderous accusations distracting from the tasks that must be completed. My health has been at-risk due to the issues that I am confronted with that my "colleagues" have not had to endure. My concerns have been clearly stated, if there is a lack of understanding, it may be to my benefit to seek outside resources in this regard.

I, thank you for your response,

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527


"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"


"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

On Tue, May 23, 2023, 1:46 PM Shannon Feinman <shannon.feinman@southside.edu> wrote:
> Dear Dr. Barringer-Brown,
>
> I have reviewed the information contained in the email and attached document. I acknowledge your concerns. Thank you for your patience. To assist me, will you please answer the following questions?
>
> Mr. Wollenberg spoke to both ██████████████████ and you after the May 11th meeting, and at that time you both indicated that outcomes from the meeting were positive. You communicated to Mr. Wollenberg

that you were satisfied with the meeting. What changed since the May 11 meeting to prompt your email?

You are concerned about something being put into your personnel file. There has been no disciplinary action of any sort. What exactly do you feel could be placed in your personnel file?

The notes Mr. Wollenberg provided were items to be discussed in the meeting. What document do you see that states that you engaged in retaliatory measures (referred to in #2 of your email)? As an HR representative, Mr. Wollenberg was giving advice on how faculty members could perceive something if they communicated to a VP or HR if they were uncomfortable going to a Dean.

How do you feel you could be more supported or protected and from what exactly? I am unclear on this concern.

With regard to the May 3 reference, when concerns are brought forward, it is the responsibility of the College to conduct fact-finding to determine what happened. The concern that Mr. Wollenberg brought forward to you on May 3 was from someone reporting that concern to him. As an HR representative, it is his responsibility to look into this closer which requires discussion with all parties involved. Does this help with your concern about the May 3 reference?

Thank you for your help with the questions above.

**Shannon Vassar Feinman**
**Vice-President of Finance and Administration**
Southside Virginia Community College
434.949.1005
southside.edu
Facebook • Instagram • Twitter