EXHIBIT 5

---------- Forwarded message ---------
From: **Keith Harkins** <keith.harkins@southside.edu>
Date: Thu, Aug 3, 2023 at 8:37 AM
Subject: Re: Evaluation Meeting
To: Charletta Barringer <charletta.barringer@southside.edu>


As requested. Also, I will be at a system office meeting Monday-Wednesday-so I don't think you need to consider Monday a hard deadline.

Keith

Keith Harkins, Ph.D.
Vice President
Academic & Workforce Programs
Southside Virginia Community College
---------------------------------------------------
200 Daniel Road
Keysville VA, 23947
(o): 434-736-2005
(m): 434-851-5128


On Wed, Aug 2, 2023 at 6:57 PM Charletta Barringer <charletta.barringer@southside.edu> wrote:
> Dr. Harkins,
>
> I did not receive the first two pages of the evaluation from you to review. I have pages 3-5 but not 1-2. Please forward these pages to me, as soon as possible so that I may complete the self-evaluation by Monday, August 7, 2023, as we discussed.
>
> Thank you,
>
> Charletta H. Barringer-Brown, Ph.D., Ed.D.
> Dean and Professor of Humanities, Social Sciences, and Business
> Southside Virginia Community College
> 109 Campus Drive, Alberta, VA 23821
> 200 Daniel Road, Keysville, VA 23947
> Office phone: (434) 736-2085
> Cell phone: (434) 247-3527
>
>
> "2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"
>
>
> "Always remember that you are absolutely unique just like everyone else"-Margaret Mead

## *Administrative and Professional Faculty*
# Performance Evaluation

*The Administrative and Professional Faculty Development, Evaluation and Recognition Policy intends to create an environment for administrative and professional faculty that promotes high performance and continuous improvement resulting in optimal efficiency and effectiveness in the delivery of services that foster student success.* (VCCS Policy: 3.6.1.1)

| Name of Faculty Member:<br>Dr. Charletta Barringer-Brown | Position #: | Title:<br>Dean of Humanities and Social Sciences | Date:<br>7/31/2020 |
|---|---|---|---|
| **Faculty Designation (select all that apply):**<br>☒First Year   ☒Administrative   ☐Professional | | **Faculty Rank:** | |
| **Status:**<br>☒One-year appointment<br>Probationary Period.   ☐Multi-year appointment | | **Evaluation Period:**<br>12/21/2022          to   6/31/2023_____<br>(Date of last evaluation)        (Date of this evaluation) | |
| | | | |

**Instructions:** Please provide an assessment of the faculty member's performance in the narrative sections of each of the required performance domains. Under the Annual Objectives section, be sure to list out the specific objectives and select the rating category that best reflects your assessment of the faculty member's performance, any necessary changes or extensions. Be sure to complete the Supportive Documentation Summary section as instructed. During the six-month review, it is SVCC practice to use the EWP and/or Job Description. That is what was done in this instance. More detailed goals will be established from this discussion.

| Performance Domains |
|---|
| **I.     Core Responsibilities** (VCCS Policy: 3.6.1.4.a.ii) |

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):
Over the past evaluation period, Dr. Barringer-Brown has served as an Academic Dean, responsible for providing leadership and supervision in various academic areas such as teaching, curriculum development, technology, and assessment. While she has shown dedication and expertise in handling administrative affairs, there have been notable challenges in fostering a culture of success within her division.

Creating a culture of success involves not only driving academic excellence but also encouraging innovation, promoting accountability, and proactively seeking strategies that empower students to achieve their academic goals. Unfortunately, Dr. Barringer-Brown has struggled to instill this culture within her division. As a result, there has been a lack of cohesive direction and collective drive to achieve shared objectives.

Furthermore, an essential aspect of effective leadership is creating an open and approachable environment where staff feel comfortable expressing concerns and seeking guidance. Regrettably, Dr. Barringer-Brown has not been successful in this aspect either. Her division has experienced a breakdown in communication, and staff members have expressed hesitation in approaching her with problems, hindering the team's ability to address challenges effectively and collaboratively.

To excel as an Academic Dean, it is crucial to contribute to master planning efforts, utilizing data-driven approaches that value the skills and abilities of faculty and staff. While Dr. Barringer-Brown has demonstrated competence in managing administrative affairs, the lack of a cohesive vision based on best practices and inclusive strategies has resulted in missed opportunities for optimizing the division's performance and potential.

1

## *Administrative and Professional Faculty*
## Performance Evaluation

In conclusion, while Dr. Barringer-Brown has displayed proficiency in handling administrative responsibilities, there is a need for improvement in creating a culture of success within her division. Addressing these challenges requires a proactive approach to foster innovation, promote accountability, and encourage open communication. By embracing best practices and valuing the diverse talents of her team, Dr. Barringer-Brown can better lead her division towards academic excellence and collective growth. Ongoing professional development and mentorship may be beneficial to support her in reaching these goals and becoming an even more effective Academic Dean.

### II.   Non-Routine & Strategic Responsibilities (VCCS Policy: 3.6.1.4.a.ii)

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):
Dr. Barringer-Brown has demonstrated exceptional competence in handling non-routine and strategic responsibilities within the organization. Her ability to navigate complex challenges and adapt swiftly to evolving situations has been a valuable asset to the team. From tackling unforeseen obstacles with students and SVCC processes, to identifying innovative solutions, she consistently exhibits a high level of resourcefulness and critical thinking.

### III.   College and Community Service (VCCS Policy: 3.6.1.4.a.ii)

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):
Dr. Barringer-Brown has exhibited a commendable willingness and proficiency in effectively navigating the areas outlined in Section II. However, there is a need for her to exert additional effort in fostering a sense of collaboration and mutual cooperation with her faculty members.

It is essential for her to proactively engage with the faculty and establish a stronger working relationship. Demonstrating a collaborative approach and actively seeking input and feedback from her team can contribute to a more cohesive and productive work environment.

By making a concerted effort to work together with her faculty members, she can strengthen trust, communication, and teamwork, ultimately leading to enhanced overall performance and morale within her division. Emphasizing a sense of shared purpose and acknowledging the value of her faculty's expertise and contributions can further reinforce a culture of mutual respect and success.

### IV.   Professional Development & Growth (VCCS Policy: 3.6.1.4.a.ii)

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):
As we conduct the performance review for Dr. Barringer-Brown, it is important to acknowledge the areas that need improvement. Dr. Barringer-Brown possesses skills and expertise in her role; however, some regard her to be unapproachable. Feedback from colleagues consistently highlights the difficulties they face in establishing positive relationships with her, which has resulted in a lack of synergy and hindered overall team performance.
Seeking constructive feedback and actively working on communication skills will be essential in fostering a more inclusive and collaborative work environment.
It is crucial for Dr. Barringer-Brown to understand the impact of these perceptions on the overall team dynamic. Emphasizing empathy, active listening, and a willingness to adapt her approach to better align with the team's needs can lead to positive changes in her work relationships and overall performance. Participating in workshops or training on interpersonal skills and conflict resolution may also prove valuable in her growth journey.

## *Administrative and Professional Faculty*
## Performance Evaluation

The institution believes in Dr. Barringer-Brown's potential and is committed to supporting her in overcoming these challenges. By addressing these areas for improvement and focusing on fostering positive relationships, Dr. Barringer-Brown can work towards achieving greater success and contribute to a more harmonious and productive team environment. With dedication to growth and a willingness to adapt, she has the opportunity to elevate her performance and make a positive impact on the team and the institution as a whole.

### V.      Management Effectiveness (if required) (VCCS Policy: 3.6.1.4.a.iii)

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):
Addressing the unhappiness of the faculty within her division is paramount for Dr. Barringer-Brown to cultivate a positive and productive work environment. The lack of a culture of success and open communication has resulted in dissatisfaction among the faculty, hindering their motivation and productivity. To rectify this situation, she must actively engage with her team, encouraging open dialogue and feedback sessions. By fostering an atmosphere where faculty members feel heard and valued, she can begin to identify the root causes of their discontent and work collaboratively to implement meaningful solutions.

In order to address the faculty's unhappiness, Dr. Barringer-Brown should prioritize building trust and rapport with her team. This can be achieved through regular one-on-one meetings, group discussions, and team-building activities that promote camaraderie and understanding. By demonstrating genuine interest in their concerns and aspirations, she can gain valuable insights into their perspectives, expectations, and the challenges they face. By involving faculty members in decision-making processes and showing appreciation for their contributions, she can empower them to take ownership of their roles and contribute actively to the division's success.

Additionally, Dr. Barringer-Brown should proactively address any systemic issues or obstacles that may be contributing to the faculty's dissatisfaction. This might involve revisiting policies, procedures, or workloads that are impeding their ability to excel in their roles. Implementing fair and transparent evaluation processes and providing professional development opportunities can also contribute to faculty satisfaction and engagement. By taking concrete steps to address their concerns and actively working towards creating a culture of success and respect, Dr. Barringer-Brown can foster a more positive and fulfilling work environment, ultimately leading to improved morale and enhanced overall performance within her division.

### VI.      Additional Performance Domains (as approved by Supervisor)

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):

Recommendations:

I highly recommend that Dr. Barringer-Brown schedule a meeting with the Faculty Senate Leadership team to address faculty concerns and discuss potential solutions. It is essential for her to proactively engage with this group to foster a sense of trust and collaboration, particularly regarding any perceived issues with her leadership style. Working directly with the faculty on finding resolutions will create an environment of shared purpose and mutual understanding. While the suggestions provided below can serve as a starting point for these discussions, I am open to considering any alternative objectives that may arise from the meeting with the Faculty Senate Leadership team.

During the meeting, Dr. Barringer-Brown should actively listen to the concerns and feedback from the faculty members. Engaging in open dialogue will allow her to gain valuable insights into their perspectives and experiences, fostering a constructive and respectful exchange of ideas.
By demonstrating a willingness to address the faculty's concerns and seeking input from the Faculty Senate Leadership team, she can collaboratively work towards finding effective solutions.
Some of the suggestions provided below can serve as potential discussion points during the meeting. These may include exploring opportunities for enhanced communication, establishing clear expectations and objectives, and facilitating professional

3

*Administrative and Professional Faculty*
# Performance Evaluation

development initiatives. While these ideas offer a starting framework, it is essential to remain flexible and open to tailoring strategies based on the specific needs and goals identified in the meeting with the Faculty Senate Leadership team. Ultimately, the objective of the meeting should be to foster an environment of cooperation, transparency, and mutual respect within the academic setting. By working closely with the faculty and considering their input, Dr. Barringer-Brown can take proactive steps towards building a stronger and more supportive academic community.

Objective 1 - Core Responsibilities:
In the next 6 months, Dr. Barringer-Brown will actively work on improving her visibility to faculty, communication and relationship-building skills to enhance collaboration within her team. She will seek to build positive relationships with colleagues by engaging in regular one-on-one meetings to understand their perspectives and concerns. By the end of the period, Dr. Barringer-Brown should demonstrate measurable progress creating a more inclusive and supportive work environment, fostering an atmosphere of mutual respect and cooperation.

Objective 2 - Professional Development & Growth:
Over the next 6 months, Dr. Barringer-Brown should work to create a more positive, open, trusting and collaborative relationship with faculty. Progress in this area will be measured through feedback from colleagues and supervisors, indicating her effort to develop stronger relationships with faculty and staff across the college community. Perhaps a 360 Degree Feedback survey can provide the information needed for review.

If any assistance is needed in any of these areas to be successful, our HR department stands ready to assist.


Note: Given the nature of Dr. Barringer-Brown's current challenges, the objectives mainly focus on improving her interpersonal skills and fostering positive work relationships. While other areas such as Non-Routine & Strategic Responsibilities, College and Community Service, and Management Effectiveness are essential aspects of her role, addressing the core concerns of difficult interpersonal dynamics is a foundational step towards achieving success in these other areas. As Dr. Barringer-Brown progresses in improving her communication and teamwork, she will likely see positive impacts in these broader responsibilities as well.

*Administrative and Professional Faculty*
# Performance Evaluation

| | Objective Met | Agreed Upon Change | Objective not Met | Carry Over |
|---|---|---|---|---|
| **Annual Objectives** | | | | |
| I. **Objective #1** (VCCS Policy: 3.6.1.4.b) | ☐ | ☒ | ☐ | ☐ |
| II. **Objective #2** (VCCS Policy: 3.6.1.4.b) | ☒ | ☒ | ☐ | ☐ |
| III. **Objective #3** (VCCS Policy: 3.6.1.4.b) | ☐ | ☒ | ☐ | ☐ |
| IV. **Objective #4** (VCCS Policy: 3.6.1.4.b) | ☐ | ☒ | ☐ | ☐ |
| V. **Objective #5** (VCCS Policy: 3.6.1.4.b) | ☐ | ☒ | ☐ | ☐ |

**NOTES** (i.e., general efforts, outcomes, and professional behaviors, etc.):

---

**SUPPORTIVE DOCUMENTATION SUMMARY**
**(Multi-rater, self-assessment, awards, other, etc.):**

**Instructions**: Please summarize the supporting documentation that corroborates the designations outlined for Performance Domains and Annual Objectives.

☐ Supporting documentation attached

---

**Overall Summary Rating**

*Evaluation plans must provide for an overall summary rating of "Meet Expectations" or "Does Not Meet Expectations." (VCCS Policy: 3.6.1.4.v.)*

☐ **Meets Expectations**     ☐ **Does Not Meet Expectations**

---

**Signature indicates all parties have discussed this APF Performance Evaluation**

| Employee Signature | Date | Supervisor Signature | Date |
|---|---|---|---|
| | | | |

Original:  HR personnel file
Copies:  Immediate supervisor and faculty member

5