*Administrative and Professional Faculty*

**EXHIBIT 7**

## SELF-ASSESSMENT

*Evaluation plans must require that evaluative input be provided by the faculty member in the form of a self-assessment. The self-assessment must include analysis of activities within each performance domain as well as progress toward achievement of annual objectives.* (VCCS Policy: 3.6.1.4.a.vi.)

| Name of Faculty Member: Charletta H. Barringer-Brown | Position #: FA021 | Title: Dean, Humanities, Sciences, and Business | Date: August 9, 2023 |
|---|---|---|---|
| **Faculty Designation (select all that apply):**   First Year      X Administrative          Professional | | **Faculty Rank:** Professor | |
| **Status:** X One-year appointment      Multi-year appointment | | **Evaluation Period:** N/A_____ to August 9, 2023 (Date of last evaluation) (Date of this evaluation) | |
| **Name of Faculty Member's Supervisor:** Keith Harkins | | **Supervisor's Title:** Vice President of Academics and Work Force Programs | |

**Instructions:** Please provide a self-assessment of your work/job related activities within each of the performance domains and annual objectives. Be sure to include supporting information in the narrative sections or attach the agreed upon documentation.

### Performance Domains

#### I.     Core Responsibilities (VCCS Policy: 3.6.1.4.a.ii)

Dr. Barringer-Brown has served as an Academic Dean, responsible for providing leadership and supervision in various academic areas such as teaching, curriculum development, technology, and assessment. Dr. Barringer-Brown has shown dedication and expertise in handling administrative affairs. Dr. Barringer-Brown has strived to foster a culture of success within her division (see enclosed samples and other communication).

Dr. Barringer-Brown has worked to create a culture of success and drives academic excellence and to also encourage innovation, promoting accountability, and proactively seeking strategies that empower students to achieve their academic goals. Dr. Barringer-Brown has taken positive steps to work on initiating change in a "we've always done it this way" academic unit. Dr. Barringer-Brown recognizes that an essential aspect of effective leadership is creating an open and approachable environment where staff feel comfortable expressing concerns and seeking guidance. Dr. Barringer-Brown has exceeded expectations in the area by providing her personal and work cell phone numbers, prompt responsive to email messages after and before working hours, and maintaining a schedule at two campus (Daniel and Alberta) locations, as means to be accessible to faculty, staff, and the SVCC community.

Overall, Dr. Barringer-Brown has demonstrated excellent proficiency in handling administrative responsibilities, and has worked diligently to create an environment of academic accountability within the HSB unit.

Dr. Barringer-Brown meets and exceeds expectations in the Core Responsibilities performance domain.

## *Administrative and Professional Faculty*

| II. Non-Routine & Strategic Responsibilities (VCCS Policy: 3.6.1.4.a.ii) |
|---|

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):

Dr. Barringer-Brown completed training sessions for Commonwealth of Virginia Learning to serve on interview panels. Br. Barringer-Brown developed, reviewed, and approved Psychology faculty position for recruitment advertisement. Dr. Barringer-Brown coordinating the personnel selection process including developing and reviewing selection criteria, recruiting, screening, interviewing, and recommending within areas of responsibility. Currently screening and interviewing candidates for a full-time office administrative assistant.

Screening applicants for History/Political Science faculty position for recruitment advertisement

Requested and reviewed credentials of all candidates and current instructors for all academic teaching positions within Humanities, Social Sciences, and Business (HSB), Distance Education (DE), Classroom Within Walls (CWW) and areas within to ensure high-quality, licensed teachers are available. (Review and approve for recommendation of hire and sign all credential form for public schools and SVCC) (see attached)

- Planning for DE instructor and adjunct training sessions and "Big Dinner" meeting to discuss expectations and goals fall 2023-August 23, 203, at 5:30PM-7:00PM-Estes Center (Save the Date)
- Requested all full-time faculty to provide a list of recent professional development activities 2021-present.
- Updated and submitted CV 5-year institutional review matrix in a timely manner (Institutional Effectiveness)
- Requested faculty to provide annual goals and objectives for review by Dean.
- Dean requested one-on-one with all faculty members to discuss progress during the semester and at the end.
- Requested all faculty to post and to adhere to stated office hours.
- Review faculty teaching overloads (spring 2022, Summer 2022, fall 2022, and spring 2023) with SVCC Office of Admissions. **(SACSCOC 6.2.b Faculty Overloads)**

    FULL-TIME FACULTY (CORE REQUIREMENT 6.1 AND STANDARD 6.2.b) Guideline Why a Guideline? This guideline addresses the array of full-time faculty responsibilities.

    CR 6.1 Standard 6.2.b The institution employs an adequate number of full-time faculty members to support the mission and goals of the institution. (Full-time faculty) [For each of its educational programs, the institution….] Employs a sufficient number of full-time faculty members to ensure curriculum and program quality, integrity, and review. (Program faculty) (i.e. see attached faculty schedules)

- Approve faculty student advising re-assignments through (Daniel) Institutional Effectiveness
- Met with ▮▮▮▮▮▮▮▮ to discuss international education programs under HSB (80% designation along with faculty lead duties in Business, Accounting, and Agriculture) (see attached discussion)
- Reviewing credentials and work performance of faculty who have requested promotions.
- Coordinating scheduling of curriculum offerings and the monitoring of instructor assignments (summer 2023 through spring 2024-asdiscussed with Institutional Effectiveness Minus and Daniel).
- Working with CWW program data to create a presentation for the VCCS-Experiential Learning Conference abstract due March 19, 2023. Conference being held April 2023- .
- Participate on the Title III grant workgroup committee.
- Participate on the Magellan workgroup committee

*Administrative and Professional Faculty*

- Developed Academic Honor procedural policy in consultation with the Vice President of Enrollment Management & Student Success. Met with HSB faculty and solicited comments and feedback during the process (see attached)
- Developed a draft for Department Leads in the HSB academic unit. Working groups formed and discipline assigned/voted department leads. Collaborated with two other department area deans to discuss the idea cross departmentally. The other department have faculty serving in the same capacity without the titles or designations stated. HR discussed ability to assign as 10 month or to provide release time, as "faculty leads".
- Selected HSB faculty from each discipline asked to attend Cengage informational training to plan for the fall 2023 semester.
- Reviewing student records and evaluating student performance to determine if students need tutoring in certain subjects or if they should be promoted to the next grade level or recommended for graduation from a selected college program of studies.
- Held meetings with and responded to parents to discuss their child's progress in DE/GSSV school/(HSB-SVCC) college. Explained FERP Act issues and statue. Provided SVCC tutoring options and resources.
- Provided policy to parents/students and administrators on GSSV advanced diploma requirements versus requirements for completion of SVCC AAS degree.
- Reviewed and approved/denied student requests for course substitutions toward SVCC program completion requirements.
- Sent email to discuss communication protocol to HSB faculty, staff, and SVCC Faculty with copies to Senate representative chair ▮▮▮, and senior administrator (Harkins) (see attached)
- Responded to student and faculty complaints and concerns in a timely manner. Held in-person (office) and phone communication to discuss student/parent concerns.
- Held meetings with selected faculty to address student complaints in a timely manner.
- Held in-person HSB faculty meeting on February 22, 2023-In person Daniel campus
- Selected HSB faculty asked to attend Cengage informational training to plan for the fall 2023 semester.
- Worked with ▮▮▮ to provide Cengage an informal session on March 20, 2023, to introduce HSB faculty to opportunities for course enhancement and delivery by fall 2023
- Reviewing and certifying all HSB AAS, General Studies, and Professional Certification students for graduation as both the dean of HSB and the dean of instruction (High School 9th-12th grade students) (verified through application graduation approval forms)

Dr. Barringer-Brown meets and exceeds expectations in the Non-Routine & Strategic Responsibilities performance domain.

| III. | **College and Community Service** (VCCS Policy: 3.6.1.4.a.ii) |
|---|---|

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):

Attendance at SVCC and Community Events to Support SVCC Student Engagement Initiatives December 5, 2022 through August 8, 2023

- Attendance at the Lake Country Community Partners meeting December 2022

## *Administrative and Professional Faculty*

- Attendance at SVCC Board meeting-Daniel campus January 11, 2023
- Attended Cengage informational sessions to develop best practices in HSB course offerings.
- Attended VCCS Council of Deans and Directors (CODD) conference-Roanoke VA March 1, 2023-March 2, 2023. (Work/Life Balance, Faculty Policies, Academic Policies, and Program Development sessions attended)
- Attendance on Black Student Week Webinar March 9, 2023
- Attended College Day March 15, 2023-Speaker
- Attend the Region VIII meeting March 15, 2023
- Attended at WISE March Women's month celebration-Christanna campus (March 2023)
- Spoke about HSB at SVCC during the New Student Orientation | Panther Parents and Partners Session Spring 2023 and Summer 2023 session
- Dr. Barringer-Brown has worked to collect data from colleagues to develop a proposal that was accepted for presentation at the Virginia Experiential Learning Conference (March 2023 at NOVA). Dr. Barringer-Brown has worked to assist faculty in HSB in the development of a compelling and inclusive vision for research in various content areas. As part of her commitment to quality instruction and teaching, Dr. Barringer-Brown was selected to serve on the National Humanities Center Teacher Advisory Council for the term of August 1, 2022 through July 31, 2024. Dr. Barringer-Brown has been invited to attend
- Attended the GED Graduation Ceremony-SVCC Workforce Christanna campus Building-July 20, 2023 (6PM-7:30PM). Sent email to faculty to attend and no HSB or other administrator or unit faculty attended the ceremony. Dr. Barringer-Brown provides strategic leadership in developing and refining the College's research mission and activities towards meeting current and future needs in the Paso del Norte region and beyond. Dr. Barringer-Brown assists faculty to form successful collaborative research groups that integrate and support individual, community-based, and team-based programs of research. Dr. Barringer-Brown creates mechanisms to facilitate cross-college research activities. Dr. Barringer-Brown believes that building strong intra-and-inter-professional relationships that enhance new and existing research linkages, including between research and teaching faculty, research faculty and clinical practices or hospitals, college and community engaged research enterprises, and local, national and international researchers.
- Dr. Barringer-Brown was re-appointed by Governor Glenn Youngkin to serve on the Fort Monroe board of Trustees for the term of 2023-2027 (see document-press releases)
- Dr. Barringer-Brown serves as a community liaison between the Fort Monroe Visitor & Education Center build collaboration between the Fort Monroe Authority, the National Park Service, City of Hampton, the Commonwealth of Virginia, and the nation. Dr. Barringer-Brown serves on the FMA education committee that commissioned a Legacy Project for the 2019 Commemoration of the 400th Anniversary of the landing of the first enslaved Africans in English North America. This project Illustrates the impact made by the intersection of three cultures – American Indian, African, and European. Dr. Barringer-Brown was asked to write a research article on the role of Fort Monroe as a refuge for Contraband during the Civil War for the National Humanities Center, which published, which is in press, currently (September 2023).
- Dr. Barringer-Brown continues to serve on the Commonwealth of Virginia's Cemetery Board of Director's as the Vice Chair. Dr. Barringer-Brown works with Commonwealth of Virginia's Cemetery Board's regulatory affairs committee to uphold Executive Order 19 established the Virginia Office of Regulatory Management to oversee all Virginia regulatory procedures, and tasked the office with implementing a 25% reduction in regulatory burdens, ensuring a more transparent regulatory process, and enforcing new cost-benefit analysis standards for all new regulations.
- Dr. Barringer-Brown promotes translational science and the integration of research activities into clinical and community practices of the HSB faculty. Dr. Barringer-Brown attended an Earth Day

*Administrative and Professional Faculty*

- (April 2023) event sponsored by a SVCC science faculty member ▇▇▇▇ for the American Chemical Society held at the Virginia Science Museum.
- Dr. Barringer-Brown is a candidate for the School Board-Dale District for Chesterfield County Public Schools (Election-November 7th-see image of campaign palm card and county endorsements)
- Dr. Barringer-Brown served as a Career Day speaker-July 27, 2023, R.E.A.L Girlz Empowerment Program (see attached picture)
- Dr. Barringer-Brown attended the Farm to Families Luncheon participated in working sessions with several regional agencies and institutions to enhance existing services at SVCC in the area of Animal Science and Agriculture August 8, 2023 (see attached/included)
- Dr. Barringer-Brown demonstrates an entrepreneurial mindset to enable faculty to pursue diverse external funding sources in the expansion of the research mission. Helps faculty navigate among traditional research opportunities and emerging funding sources;
- Provides and facilitates mentorship of research-active faculty;
- Provides consultation regarding preparation of research proposal and potential funding;
- Ensures that all College-related activities are compliant with SVCC policies, as well as federal and state policies and procedures related to research;
- Dr. Barringer-Brown satisfactorily conducts and directs special projects as assigned; and acts in other matters and capacities as delegated by the Vice President and the President (see attached).

Dr. Barringer-Brown meets and exceeds expectations in the college and community service performance domain.

### IV.    Professional Development & Growth (VCCS Policy: 3.6.1.4.a.ii)

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):
Faculty/Program/Curriculum Development

Dr. Barringer-Brown is extremely knowledgeable about all programs in the various academic and non-academic units at SVCC. Dr. Barringer-Brown promotes a favorable environment for faculty development and other opportunities. Dr. Barringer-Brown promotes a climate conducive to high quality teaching She promotes a climate conducive to high quality service. As one example, Dr. Barringer-Brown worked with data from colleagues to develop a proposal that was accepted for presentation at the Virginia Experiential Learning Conference (March 2023 at NOVA). Dr. Barringer-Brown promotes a climate conducive to high quality scholarship. Dr. Barringer-Brown has been confronted with some faculty that are complacent and that do not wish to remain current in their content areas. Several faculty have stated they are working other jobs in addition to SVCC and have additional obligations (faculty chosen course overloads). These same faculty have created baseless negative narratives against Dr. Barringer-Brown after being asked to respond to student complaints regarding their lack of student responsiveness, indifference to timely grading of assignments, no consistent adherence to office hours, and refusal to follow VCCS/SVCC academic and or personnel polices. Despite these unwarranted situations, Dr. Barringer-Brown has strongly encouraged and provides sufficient opportunity for faculty to influence curriculum decisions. Dr. Barringer-Brown provides support for program development and growth using fairness and ethics. Dr. Barringer-Brown treats faculty fairly. Dr. Barringer-Brown upholds academic integrity and exhibits and encourages high ethical standards. There have been issues with several faculty members who have not displayed ethical or respectful behavior toward Dr. Barringer-Brown, yet she has continued to express a strong desire for them to succeed in their professional assignments with SVCC, and she and their professional departmental colleagues have provided them with strategies for improvement.

Dr. Barringer-Brown has strongly encouraged faculty to participate in professional Development activities, and she does so by example. Dr. Barringer-Brown has participated in numerous professional development

*Administrative and Professional Faculty*

opportunities, which have been provided through SVCC, and the community at large. She disseminates professional development activities to faculty and asks for their input in the process. Dr. Barringer-Brown has identified professional development as a top priority for the college for academic division faculty and staff. Dr. Barringer-Brown, after years of research, experimentation, and positive results, groups of faculty working on student success initiatives across the curriculum and in all modalities of instruction have come to the same conclusion. Dr. Barringer-Brown understands that student success is rooted in active and collaborative environments where they gather knowledge from both their instructors and fellow learners. Dr. Barringer-Brown has served as a mentor to students and worked with faculty to secure access to supplemental instructional opportunities to be successful.

Dr. Barringer-Brown has worked with faculty from various units and institutions outside of SVCC to review curriculum models, curriculum and grant proposals to receive external funding for SVCC. For example, external funding for Mathematics, Animal Science, Agriculture, and Early Childhood Education programming.

Dr. Barringer-Brown meets and exceeds expectations in the Professional Development & Growth performance domain.

## V.    Management Effectiveness (if required) (VCCS Policy: 3.6.1.4.a.iii)

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):

Dr. Barringer leads the HSB academic unit in the development and implementation of its mission and vision. She works in a highly effective manner with faculty to set goals for HSB as well as a strategy for pursuing them, when and where appropriate. Dr. Barringer-Brown supports the strategic plan and its operationalization with SVCC. Dr. Barringer-Brown demonstrates effective leadership in coordinating the work of the faculty leads, program coordinators, directors and staff with the SVCC. Dr. Barringer-Brown works and communicates effectively with other deans, administrators, and university staff. Dr. Barringer-Brown effectively advocates for the needs of the academic department (HSB) while also considering broader SVCC needs. Dr. Barringer-Brown promotes a climate conducive to high quality teaching within Humanities, Social Science, and Business. To cultivate accountability, to help students feel accountable and connected to their learning, Dr. Barringer-Brown has worked with instructors do the following:

**1. Set clear expectations; 2. Deploy formative assessments; 3. Use Common Assessments; 4. Co-construct feedback; and 5. Use Evidence only to grade performance.**

Dr. Barringer-Brown upholds academic integrity and exhibits and encourages high ethical standards for her faculty, staff, and students. She displays a sincere willingness to make decisions and to include appropriate persons in the process. The greater majority of faculty have worked to meet the standards set forth by Dr. Barringer-Brown within the unit, yet due the lowered expectations of previous factors to include but not limited to prior COVID-19 pandemic-campus closures many have been slow and resistant to change. This resistance to change in expectations of accountability and adherence of academic policies have caused some faculty among others to take retaliatory measure against Dr. Barringer-Brown to distract from their actual unsatisfactory performance and or issues of attendance. Dr. Barringer-Brown has held all faculty to a higher standard of instructional quality and academic program success (program outcomes) for the unit.

Communication

## *Administrative and Professional Faculty*

Dr. Barringer-Brown is highly accessible to faculty, staff, and students. She maintains offices on two campuses (Keysville and Alberta). Dr. Barringer-Brown provides her immediate supervisor (Harkins) with a two-week calendar of her planned campus activities and other events. HSB Faculty can readily contact Dr. Barringer-Brown via personal and work cell phone numbers. The majority of faculty have found her to be very accommodating and flexible with regard to accessibility. She has a leadership style that promotes open communication and professional transparency with faculty. For example, Dr. Barringer-Brown has willingly provided her personal and work cell numbers for use to faculty, staff, and several DE parents. Several faculty and staff have used these means of communication to contact Dr. Barringer-Brown during off hours and weekends. She effectively communicates verbally and in writing. She works with various SVCC departments, agencies, and institutions to facilitate timely flow of information. Dr. Barringer-Brown routinely convenes productive faculty, feedback, training, and check-in meetings. She engages in appropriate methods of conflict resolution to assist faculty with departmental various issues in a highly effective manner. Dr. Barringer-Brown encourages faculty participation in governance. She is an effective administrator. Dr. Barringer-Brown promotes clear administrative policies, procedures and reports. Dr. Barringer-Brown has proactively helped students develop and use legitimate strategies throughout the semester, as well as resources SVCC offers to help students succeed.

Dr. Barringer-Brown upholds academic integrity and exhibits and encourages high ethical standards for her faculty, staff, and students. She displays sincere willingness to make decisions and to include appropriate persons in the process. In spite of the various unwarranted and otherwise retaliatory situations that Dr. Barringer-Brown has been subjected to by adjunct and selected full-time HSB faculty members, she has continued to excel in her role, as HSB Dean at SVCC.

Dr. Barringer-Brown manages the personnel within the HSB in a highly effective manner and ensures that individuals that will be assigned instructional responsibilities for credit-bearing courses are qualified to teach at Southside Virginia Community College (SVCC) and through the DE, and CWW programs. SVCC has established and documents the qualifications of instructors consistent with standards of quality and the Principles of Accreditation established by the Southern Association of Colleges and Schools Commission on Colleges (SACSCOC).

**Request to Add Personnel to Carry out Instructional Programs Effectively**

GOAL: To increase enrollment, to strengthen existing instructional/curricular program services, and to support faculty personal and professional development.

Faculty leads-Ten month or 2 course release designation (choice of the faculty based of needs of the department) 6 full-time faculty leads and 1 80% percent time faculty lead to cover additional duties associated Office of International Education at SVCC housed under HSB (fall 2023-Contracts to be completed by April 2023)

Dr. Barringer-Brown manages budgeted resources effectively. Dr. Barringer-Brown provides appropriate recognition for faculty/staff accomplishments. Dr. Barringer-Brown has been invited to attends faculty, staff, and student related activities and events after and off regular scheduled work hours to promote SVCC within the greater community.

Overall, Dr. Barringer-Brown meet and exceeds in Management Effectiveness performance domain.

7

## *Administrative and Professional Faculty*

| Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable): |
|---|
| |

| **VI.   Additional Performance Domains** (as approved by Supervisor) |
|---|
| Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable): |
| |

### Annual Objectives

| **I.   Objective #1** (VCCS Policy: 3.6.1.4.b) |
|---|
| Narrative (include your assessment of progress towards completion): |
| |

| **II.   Objective #2** (VCCS Policy: 3.6.1.4.b) |
|---|
| Narrative (include your assessment of progress towards completion): |
| |

| **III.   Objective #3** (VCCS Policy: 3.6.1.4.b) |
|---|
| Narrative (include your assessment of progress towards completion): |
| |

| **IV.   Objective #4** (VCCS Policy: 3.6.1.4.b) |
|---|
| Narrative (include your assessment of progress towards completion): |
| |

| **V.   Objective #5** (VCCS Policy: 3.6.1.4.b) |
|---|
| Narrative (include your assessment of progress towards completion): |
| |

| OTHER COMMENTS OR NOTES (i.e., general efforts, outcomes, and professional behaviors, etc.): |
|---|
| **Evidence of activities December 5, 2023-August 8, 2023, is provided at the end of the document pgs. 9-79** |
| ☒ Supporting documentation attached |

| Signature indicates all parties have discussed this Self-Assessment | |
|---|---|
| | |
| **Employee Signature**                                      Date | **Supervisor Signature**                                      Date |

8