---------- Forwarded message ---------
From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Wed, Aug 16, 2023 at 1:56 PM
Subject: Addressing of Concerns
To: Keith Harkins <keith.harkins@southside.edu>
Cc: Theresa Henderson <theresa.henderson@southside.edu>

Greetings Dr. Harkins,

I would like to have the following issues addressed through a formal meeting:

1. Lack of adherence to academic policies
2. Circumvention of dean (Barringer-Brown)
3. Encouragement (direction of faculty to circumvent dean)
4. Lack of understanding of program structure and academic policies (college and HS-DE)
5. Job threated/bullying behavior- asked to resign or be fired (within six-months) with no provocation or substantiation
6. Accusatory communication directed to dean (Barringer-Brown) when following SVCC/SACSCOC policies and procedures to support academic programs
7. Threat of faculty working to issue a vote of "no confidence" with no provocation or substantiation
8. Lack of adherence to VCCS-SVCC personnel evaluation policy (Administrative Faculty)
8. Support needed by way of hiring additional staff to perform job duties (Dean of HSB and Dean of Instruction) with growing enrollments
9. Discriminatory, highly inaccurate, incomplete and unfair information and descriptions provided on personnel evaluation without agreed upon goals and objectives being established.
10. Request for unreasonable communication levels with faculty members
11. Lack recognition of accomplishments and duties completed at SVCC

I, thank you for your direction attention to these concerns, as we move forward,

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"