# Crystal Tyler

| | |
|---|---|
| **From:** | Quentin R. Johnson, Ph.D. <Quentin.Johnson@southside.edu> |
| **Sent:** | Monday, November 20, 2023 2:58 PM |
| **To:** | Crystal Tyler |
| **Subject:** | FW: Request for Professional Reference |



Ms. Tyler,

This is the initial email communication I received in which Dr. Barringer-Brown shared concerns about alleged mistreatment, etc. Quentin

*Quentin R. Johnson, Ph.D.*
*President*
*Southside VA Community College*
*109 College Drive, Christanna Campus*
*Alberta, VA  23821*
*Office: 434-949-1004*
quentin.johnson@southside.edu
Facebook • Instagram • Twitter



**From:** Charletta Barringer <charletta.barringer@southside.edu>
**Sent:** Tuesday, September 12, 2023 3:46 PM
**To:** Quentin Johnson <Quentin.Johnson@southside.edu>
**Subject:** Re: Request for Professional Reference

President Johnson,

I am forced to seek a professional opportunity that will serve as a compliment to my background, credentials, skills and level of dispositions, and years of experience. This request for a professional reference is to secure other opportunities due to the on-gong mistreatment, discriminatory, lack of ethical standards, gang/bullying behavior, and limited understanding and experience as an Academic Affairs Officer regarding my immediate supervisor.

I thank you in advance for your time and consideration,


Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"

"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

On Tue, Sep 12, 2023 at 11:38 AM Quentin Johnson <Quentin.Johnson@southside.edu> wrote:

> Greetings, Dr. Barringer-Brown,
>
> I will do what I can to assist. Please provide additional details. Thank you. QJ
>
> *Quentin R. Johnson, Ph.D.*
>
> *President*
>
> *Southside VA Community College*
>
> *109 College Drive, Christanna Campus*
>
> *Alberta, VA  23821*
>
> *Office: 434-949-1004*
>
> quentin.johnson@southside.edu
>
> Facebook • Instagram • Twitter
>
> **From:** Charletta Barringer <charletta.barringer@southside.edu>
> **Sent:** Saturday, September 9, 2023 10:02 PM
> **To:** Quentin Johnson <quentin.johnson@southside.edu>
> **Subject:** Request for Professional Reference
>
> Greetings President Johnson,
>
> I would appreciate your assistance in providing me with a professional employment reference.

I thank you in advance for your time and consideration,

Charletta H. Barringer-Brown, Ph.D., Ed.D.

Dean and Professor of Humanities, Social Sciences, and Business

Southside Virginia Community College

109 Campus Drive, Alberta, VA 23821

200 Daniel Road, Keysville, VA 23947

Office phone: (434) 736-2085

Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"

"Always remember that you are absolutely unique just like everyone else"-Margaret Mead