

# SOUTHSIDE VIRGINIA COMMUNITY COLLEGE

**EXHIBIT 10**

September 15, 2023

Dear Dr. Barringer-Brown

In accordance with VCCS Policy 3.12.2, this is a notice of my intent to dismiss you from Southside Virginia Community College employment effective immediately. This intended action is based on your unsatisfactory performance of duties including but not limited to:

1. Failure to follow the direction of your immediate supervisor
2. Refusal to meet with faculty leadership to improve relationships
3. Failure to resolve performance issues as communicated with you during your employment and outlined in the 6-month evaluation
4. Failure to hire faculty critical to the college mission
5. Failure to organize coverage of absent faculty and resolve student complaints
6. Failure to maintain a collegial work environment with colleagues at SVCC, leading to an extraordinary level of distrust and broken relationships among faculty and colleagues

The egregious actions described have had a profound effect on Southside Virginia Community College and the actions have jeopardized the future of our ability to meet the college mission. You have the right to respond to this notice in writing to me, within five business days from the date of the September 15th, 2023 issuance, according to policy 3.12.2.

Sincerely,


Keith Harkins, Ph.D.
Vice President of Academic and Workforce Programs

Cc:
Theresa Henderson, Chief Human Resource Officer

Southside Virginia Education Center......... 1300 Greensville County Circle, Emporia, VA 23847...... 434-634-9358    Lake Country Advanced Knowledge Center... 118 E. Danville Road, South Hill, VA 23970............. 434-955-2252
Southern Virginia Higher Education Center.. 820 Bruce Street, South Boston, VA 24592............. 434-572-5451    Occupational Technical Center............. Pickett Park, 1041 W. 10th Street, Blackstone, VA 23824.. 434-292-3101
Estes Community Center................... 316 N. Main Street, Chase City, VA 23924............... 434-372-0194    Cumberland County Community Center...... 1874 Anderson Highway, Cumberland, VA 23040........ 804-492-9275

AN EQUAL OPPORTUNITY COLLEGE