EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>437-2023-01866 |
|---|---|---|

Virginia Office of Civil Rights                                            and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)<br>Dr. Charletta H. Barringer-Brown | Home Phone<br>804-909-2583 | Year of Birth<br>1970 |
|---|---|---|

Street Address
5818 Hereld Green Dr, Chesterfield, VA 23832
CHESTERFLD, VA 23832

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>Southside Virginia Community College | No. Employees, Members<br>501+ Employees | Phone No. |
|---|---|---|

Street Address
109 Campus Drive
ALBERTA, VA 23821

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                                         City, State and ZIP Code

| DISCRIMINATION BASED ON<br><br>Retaliation | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 09/15/2023        Latest: 09/25/2023<br><br>☐ Continuing Action |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Southside Virginia Community College as Dean of Humanities social sciences and business on or around December 5, 2022. My current position is Dean of Instruction and Dean of Humanities sciences and business. In or around August of 2023 I complained to President Quinton Johnson about discrimination I had received from Dr. Keith Harkens. On or around September 15, 2023, I received a letter of intent to terminate employment.

The Respondents reasons for my pending discharge were, failure to follow the direction of your immediate supervisor, failure to meet with faculty leadership to improve relationships, failure to resolve performance issues as outline in the 6month eval, failure to hire faculty critical to the college mission, failure to organize coverage of absent faculty and resolve student complaints, failure to maintain Collegial work environment.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/03/2023        *[signature]*
Date                    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT      *[signature]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT 11**

Page 1 of 3

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>437-2023-01866 |
|---|---|---|

Virginia Office of Civil Rights and EEOC
*State or local Agency, if any*

I believe my pending discharge is due to participating in legally protected activity and my race-black in violation of Title VII of The Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>10/03/2023<br>Date — Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Page 2 of 3