From: **Charletta Barringer** <charletta.barringer@southside.edu>

Date: Thu, Mar 2, 2023 at 5:22 PM

Subject: Protocol and Positive/Transparent Communication (HSB)

To: Humanities, Social Sciences, and Business Faculty <hsb.fac@southside.edu>

CC: Keith Harkins <keith.harkins@southside.edu>, Stephen Walker <stephen.walker@southside.edu>

Greetings HSB Faculty,

I hope that this email finds you well! I am glad to have such wonderful faculty members within the HSB academic unit. I want you to know that I am appreciative of your thoughtful introductions, suggestions, comments, and consideration during my first ninety days of acclimation with SVCC. Please note as a matter of protocol that you must first direct any issues, suggestions, questions, and or concerns regarding the HSB unit to me (Barringer-Brown), as your dean. As we strive to build transparent lines of positive communication, any issues and or concerns must be shared between you and your dean so that all parties have a clear understanding of any and all expectations that have been communicated. Building a positive working relationship with your dean will only serve to strengthen the HSB unit, as a whole.

To avoid circumvention of the dean, and following protocol please make sure that you have communicated with your dean and have addressed your concerns with her. Also, after addressing your questions and or concerns allow the dean time to respond to the issues that have or may be raised before contacting others outside of the HSB such as SVCC faculty senate representatives and or serior level administration.

I also ask that when and if SVCC faculty senate representatives have any concerns that they will contact me directly to discuss any issues that may be related to the HSB unit and its students, faculty, staff, and or the dean.

I thank you all for your attention to this matter,

Best regards,

Charletta H. Barringer-Brown, Ph.D., Ed.D.

Dean and Professor of Humanities, Social Sciences, and Business

Southside Virginia Community College

109 Campus Drive, Alberta, VA 23821

200 Daniel Road, Keysville, VA 23947

Office phone: (434) 736-2085

Cell phone: (434) 247-3527