UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

PH.D. CHARLETTA BARRINGER-BROWN,

    Plaintiff,

v.                                CASE NO.  3:24-cv-00465-RCY

SOUTHSIDE VIRGINIA COMMUNITY COLLEGE, et al,

    Defendant(s).

## NOTICE

Plaintiff is hereby NOTIFIED that an opposing party has filed a motion to dismiss that, if granted, could result in the dismissal of some or all of Plaintiff's claims.

Plaintiff is ADVISED that Plaintiff is entitled to file a response opposing the motion **within twenty-one (21) days** of the filing date of this Notice. Plaintiff is FURTHER ADVISED that the Court could dismiss some or all of Plaintiff's claims on the basis of the moving party's papers if Plaintiff does not file a response.

If Plaintiff submits a response, Defendant(s) may file a reply **within six (6) days** after the service of Plaintiff's response. *See* E.D. Va. Loc. Civ. R. 7(F)(1). Thereafter, "[n]o further briefs or written communications may be filed without first obtaining leave of Court." *Id.*

                                                    /s/
                                        Roderick C. Young
                                    United States District Judge

Richmond, Virginia
September 18, 2024