EXHIBIT A

 **SOUTHSIDE VIRGINIA COMMUNITY COLLEGE**

**FACULTY EMPLOYMENT CONTRACT**   November 1, 2022
Charletta Barringer-Brown

This agreement is to appoint you as Dean of Humanities, Social Sciences and Business at the rank of Administrative - Professor, and an annual salary rate of **$121,500***, for the period of December 5, 2022 to June 30, 2023. This agreement is made in accordance with the requirements of the VCCS Policy Manual and applicable state and federal law.

Your responsibilities may include work during the day, evening, weekend, or anytime college programs are offered. Acceptance of employment includes acceptance of the general conditions of employment set forth in the VCCS Policy Manual, Southside Virginia Community College policies, and the laws of the Commonwealth of Virginia. Any additional conditions concerning this agreement are stated below.

The terms of this agreement are subject to the continued appropriation of sufficient funds and the Governor's on-going authority in such matters.

If this agreement and any special conditions or assignments listed below are acceptable to you, please sign, date, and return this copy of the form to Human Resources within twenty days from the above date.

The parties agree that this agreement may be electronically signed. The parties agree that the electronic signatures appearing on this agreement are the same as handwritten signatures for the purposes of validity, enforceability, and admissibility.

_[signature]_
President's Signature

If I have an existing employment contract with the Virginia Community College System, or one of its colleges, this contract will be considered an addendum to that existing contract. This contract will not supersede any such existing employment contract in any way, unless agreed to by the existing employing institution and any conflicts between such existing and additional contracts will be construed in favor of the existing contract.

_[signature]_
Employee Signature

November 2, 2022
Date

Special conditions or assignments:
1. The parties agree that this agreement may be electronically signed. The parties agree that the electronic signatures appearing on this agreement are the same as handwritten signatures for the purposes of validity, enforceability, and admissibility.
2. This offer is conditional and will become final only upon receipt of satisfactory results from the College's verification of credentials and other information required by law, regulation and VCCS policies, including the completion of a criminal history and other background checks. In the event issues are raised in the investigation report that may impact your appointment, this offer and confirmation will be withdrawn.
3. *Salary is stated at an annual amount and will be prorated for the partial year.

One Year Appointment