**EXHIBIT B**



# SOUTHSIDE VIRGINIA COMMUNITY COLLEGE

**FACULTY EMPLOYMENT CONTRACT**　　　　　　　　　　　　　　　　June 27, 2023

**Charletta Barringer-Brown**

This agreement is to appoint you as Dean of Humanities, Social Sciences and Business at the rank of Administrative - Professor and an annual salary rate of $127575 for the period of July 1, 2023 to June 30, 2024. This agreement is made in accordance with the requirements of the VCCS Policy Manual and applicable state and federal law.

Your responsibilities may include work during the day, evening, weekend, or anytime college programs are offered. Acceptance of employment includes acceptance of the general conditions of employment set forth in the VCCS Policy Manual, Southside Virginia Community College policies, and the laws of the Commonwealth of Virginia. Any additional conditions concerning this agreement are stated below.

The terms of this agreement are subject to the continued appropriation of sufficient funds and the Governor's on-going authority in such matters.

If this agreement and any special conditions or assignments listed below are acceptable to you, please sign, date, and return this copy of the form to Human Resources within twenty-five days from the above date.

_____
President's Signature

If I have an existing employment contract with the Virginia Community College System, or one of its colleges, this contract will be considered an addendum to that existing contract. This contract will not supersede any such existing employment contract in any way, unless agreed to by the existing employing institution and any conflicts between such existing and additional contracts will be construed in favor of the existing contract.

_____　　　07/18/2023
Employee Signature　　　　　　　　Date

Special conditions or assignments:
1. The parties agree that this agreement may be electronically signed. The parties agree that the electronic signatures appearing on this agreement are the same as handwritten signatures for the purposes of validity, enforceability, and admissibility.