From: Stephen Walker <stephen.walker@southside.edu>
To: Charletta Barringer <charletta.barringer@southside.edu>
Subject: Re: One-on-One schedule
Date: Tue, 2 May 2023 09:08:34

**EXHIBIT F**

Ok, how about the 11AM Friday?

On Mon, May 1, 2023, 10:10 PM Charletta Barringer <charletta.barringer@southside.edu> wrote:

| May 2 | Daniel Campus |
|---|---|
|  | 2PM-2:30PM |
|  | 2:40PM-3:10PM |
|  | 3:15PM-3:45PM |
|  |  |
| May 3 | Christanna Campus |
|  | 1PM-1:30PM |
|  | 1:45-2:15PM |
|  | 2:30PM-2:45PM |
|  | 3PM-3:30PM |
| May 5 | Daniel |
|  | 11AM-11:30AM |

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"

"Always remember that you are absolutely unique just like everyone else"-Margaret Mead
*****************************************************************