**EXHIBIT G**

Cindy Mason <cindy.mason@southside.edu>
to me, keith.harkins

Wed, Jul 19, 10:25 AM

**Jul 26 Wed**

Charletta and Keith - Evaluation
From Google Calendar

This invitation is out of date. This event has been **updated**.
View updated information on Google Calendar

This event has been updated with a note:
"Note: Change in date for this meeting. Thank you."

Changed: time

**When** CHANGED
Wednesday Jul 26, 2023 · 10am – 11am (Eastern Time - New York)
~~Tuesday Jul 25, 2023 · 10am – 11am (Eastern Time - New York)~~

**Location**
Keith's Office
View map

**Join with Google Meet**

Meeting link
meet.google.com/syf-jbuv-hcy

Join by phone

From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Wed, Jul 26, 2023 at 2:00 PM
Subject: Re: Evaluation Meeting
To: Keith Harkins <keith.harkins@southside.edu>
Cc: Shannon Feinman <shannon.feinman@southside.edu>

Dr. Harkins,

I was informed that we were meeting today, July 26, 2023, at 10AM, to review my performance evaluation. I was not advised that I would be meeting with you and Mrs. Feinman today. Do you have a date and time of when the actual performance evaluation will be conducted so that I will be able to present my self-evaluation, at that time? Please advise.

Thank you,

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University- Nominating Institution"

"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

---

From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Sun, Jul 30, 2023 at 6:55 PM
Subject: Re-send Concerns with the Evaluation Process
To: Keith Harkins <keith.harkins@southside.edu>

Dr. Harkins,

As I reflect from the meeting with you and Mrs. Feinman on July 26, 2023, I am struck by the fact that I was advised that I was meeting with you for an evaluation regarding my work performance for the annual review. I was blindsided that this meeting was not to discuss my performance evaluation or any performance goals, but instead was a session to inform me that you may find that I am not a fit for SVCC, and that you had the ultimate authority to make that happen. These statements were made by you to me without any cause. This was stated by you several times

during the meeting with Mrs. Feinman in attendance. I said to you "you know the faculty and you should know their track records for unsatisfactory performance" and also questioned "why were you going after me and trying to force me out when I am going above and beyond in my role"? I have asked for your sincere support with my role as Dean at SVCC, and neither this meeting, nor the subsequent discussion was what I had anticipated. I would like to point out not only the false pretenses in which this meeting was called, but also the following for your consideration:

1. As the SVCC handbook states, Annual Objectives for First-Year (Probationary) Faculty:

A. Annual objectives for newly hired faculty should be pre-established by the faculty member's immediate supervisor for the first year of employment or established in a collaborative manner as per position requirements. Annual Objectives for First-Year (Probationary) Faculty *Administrative) Annual objectives for newly hired faculty (Administrative) should be pre-established by the faculty member's immediate supervisor for the first year of employment or established in a collaborative manner as per position requirements. A. Within **six months of the first day of full-time employment**, the newly hired faculty member will meet with the supervisor to review the annual objectives and the methodology for assessing the achievement of each objective.

B. The first year faculty and supervisor must have a **six-month interim feedback session and interim evaluation conference** to assess and document (see the Annual Objectives & Mid-Year Feedback form the status of the established objectives, noting objectives met, objectives partially met, objectives not met, reach agreement on any modifications of to those objectives where appropriate, and any circumstances or information that provides relevant context for the assessment of the objectives. Discussions regarding the progress and completion of annual objectives may occur more frequently at the request of the faculty member or the supervisor. **The six-month review should have been scheduled on or about June 5, 2023.**

Note: **(1) We did not meet to have a six-month interim feedback session and interim evaluation conference to assess and document the status of the established objectives, noting objectives met, objectives partially met, objectives not met, reach agreement on any modifications of to those objectives where appropriate, and any circumstances or information that provides relevant context for the assessment of the objectives.**

I thank you for time and consideration,

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"

"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

On Mon, Jul 31, 2023 at 4:22 PM Keith Harkins <keith.harkins@southside.edu> wrote:
Good afternoon,

I wanted to follow up with you regarding your email about our recent meeting, during which I had the opportunity to share my thoughts about your time with us before your evaluation meeting. As we discussed, I had some concerns regarding your adjustment to SVCC. However, I was pleased to hear that you are doing well and looking forward to the new semester. Your positive outlook left me encouraged and relieved.

As a reminder, your evaluation meeting has been rescheduled for August 2nd. I'm looking forward to talking with you about your performance and contributions to SVCC during the meeting. If you have any questions or need additional information before then, please do not hesitate to reach out.

Thank you for your ongoing dedication and commitment to SVCC. I appreciate your work and contributions to the college community.

Keith


Keith Harkins, Ph.D.
Vice President
Academic & Workforce Programs
Southside Virginia Community College
---------------------------------
200 Daniel Road
Keysville VA, 23947
(o): 434-736-2005
(m): 434-851-5128


SOUTHSIDE VIRGINIA
COMMUNITY COLLEGE

From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Wed, Aug 2, 2023 at 6:57 PM
Subject: Re: Evaluation Meeting
To: Keith Harkins <keith.harkins@southside.edu>


Dr. Harkins,

I did not receive the first two pages of the evaluation from you to review. I have pages 3-5 but not 1-2. Please forward these pages to me, as soon as possible so that I may complete the self-evaluation by Monday, August 7, 2023, as we discussed.

Thank you,

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University- Nominating Institution"


"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

## Administrative and Professional Faculty
## Performance Evaluation

*The Administrative and Professional Faculty Development, Evaluation and Recognition Policy intends to create an environment for administrative and professional faculty that promotes high performance and continuous improvement resulting in optimal efficiency and effectiveness in the delivery of services that foster student success. (VCCS Policy: 3.6.1.1)*

| Name of Faculty Member: Dr. Charletta Barringer-Brown | Position #: | Title: Dean of Humanities and Social Sciences | Date: 7/31/2020 |
|---|---|---|---|
| **Faculty Designation (select all that apply):** ☒First Year  ☒Administrative  ☐Professional | | **Faculty Rank:** | |
| **Status:** ☒One-year appointment Probationary Period.  ☐Multi-year appointment | | **Evaluation Period:** 12/21/2022 to 6/31/2023 (Date of last evaluation)  (Date of this evaluation) | |
| | | | |

**Instructions:** Please provide an assessment of the faculty member's performance in the narrative sections of each of the required performance domains. Under the Annual Objectives section, be sure to list out the specific objectives and select the rating category that best reflects your assessment of the faculty member's performance, any necessary changes or extensions. Be sure to complete the Supportive Documentation Summary section as instructed. During the six-month review, it is SVCC practice to use the EWP and/or Job Description. That is what was done in this instance. More detailed goals will be established from this discussion.

### Performance Domains

#### I. Core Responsibilities (VCCS Policy 3.6.1.1.4)

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):

Over the past evaluation period, Dr. Barringer-Brown has served as an Academic Dean, responsible for providing leadership and supervision in various academic areas such as teaching, curriculum development, technology, and assessment. While she has shown dedication and expertise in handling administrative affairs, there have been notable challenges in fostering a culture of success within her division.

Creating a culture of success involves not only driving academic excellence but also encouraging innovation, promoting accountability, and proactively seeking strategies that empower students to achieve their academic goals. Unfortunately, Dr. Barringer-Brown has struggled to instill this culture within her division. As a result, there has been a lack of cohesive direction and collective drive to achieve shared objectives.

Furthermore, an essential aspect of effective leadership is creating an open and approachable environment where staff feel comfortable expressing concerns and seeking guidance. Regrettably, Dr. Barringer-Brown has not been successful in this aspect either. Her division has experienced a breakdown in communication, and staff members have expressed hesitation in approaching her with problems, hindering the team's ability to address challenges effectively and collaboratively.

To excel as an Academic Dean, it is crucial to contribute to master planning efforts, utilizing data-driven approaches that value the skills and abilities of faculty and staff. While Dr. Barringer-Brown has demonstrated competence in managing administrative affairs, the lack of a cohesive vision based on best practices and inclusive strategies has resulted in missed opportunities for optimizing the division's performance and potential.

1

---------- Forwarded message ---------

From: **Keith Harkins** <keith.harkins@southside.edu> Date: Thu, Aug 3, 2023, 8:43 AM

Subject: Out of Office Notice Re: Evaluation Meeting
To: <charletta.barringer@southside.edu>

Thank you for your email. I will be out of the office this with limited access to email. I until Wednesday the 9th. I apologize for any inconvenience and will respond as quickly as I can.

Thank

you.

Keith


---------- Forwarded message ---------
From: **Keith Harkins** <keith.harkins@southside.edu>

Date: Thu, Aug 3, 2023 at 8:37 AM
Subject: Re: Evaluation Meeting
To: Charletta Barringer <charletta.barringer@southside.edu>


As requested, Also, I will be at a system office meeting Monday-Wednesday-so I don't think you need to consider Monday a hard deadline.

Keith


Keith Harkins,
Ph.D.
Vice President
Academic & Workforce Programs
Southside Virginia Community College
-----------------------------
200 Daniel Road
Keysville VA, 23947
(o): 434-736-2005
(m): 434-851-5128

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University- Nominating Institution"


"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

**EXHIBIT G**

**Cindy Mason** <cindy.mason@southside.edu>
to me, keith.harkins

Wed, Jul 19, 10:25 AM

**Jul 26 Wed**

### Charletta and Keith - Evaluation
From Google Calendar

This invitation is out of date. This event has been **updated**.
View updated information on Google Calendar

---

**This event has been updated with a note:**
"Note: Change in date for this meeting. Thank you."

**Changed:** time

---

**When** CHANGED
Wednesday Jul 26, 2023 · 10am – 11am (Eastern Time - New York)
~~Tuesday Jul 25, 2023 · 10am – 11am (Eastern Time - New York)~~

**Location**
Keith's Office
View map

**Join with Google Meet**

**Meeting link**
meet.google.com/syf-jbuv-hcy

Join by phone

From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Wed, Jul 26, 2023 at 2:00 PM
Subject: Re: Evaluation Meeting
To: Keith Harkins <keith.harkins@southside.edu>
Cc: Shannon Feinman <shannon.feinman@southside.edu>


Dr. Harkins,

I was informed that we were meeting today, July 26, 2023, at 10AM, to review my performance evaluation. I was not advised that I would be meeting with you and Mrs. Feinman today. Do you have a date and time of when the actual performance evaluation will be conducted so that I will be able to present my self-evaluation, at that time? Please advise.

Thank you,


Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University- Nominating Institution"


"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

---

From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Sun, Jul 30, 2023 at 6:55 PM
Subject: Re-send Concerns with the Evaluation Process
To: Keith Harkins <keith.harkins@southside.edu>


Dr. Harkins,

As I reflect from the meeting with you and Mrs. Feinman on July 26, 2023, I am struck by the fact that I was advised that I was meeting with you for an evaluation regarding my work performance for the annual review. I was blindsided that this meeting was not to discuss my performance evaluation or any performance goals, but instead was a session to inform me that you may find that I am not a fit for SVCC, and that you had the ultimate authority to make that happen. These statements were made by you to me without any cause. This was stated by you several times

during the meeting with Mrs. Feinman in attendance. I said to you "you know the faculty and you should know their track records for unsatisfactory performance" and also questioned "why were you going after me and trying to force me out when I am going above and beyond in my role"? I have asked for your sincere support with my role as Dean at SVCC, and neither this meeting, nor the subsequent discussion was what I had anticipated. I would like to point out not only the false pretenses in which this meeting was called, but also the following for your consideration:

1. As the SVCC handbook states, Annual Objectives for First-Year (Probationary) Faculty:

A. Annual objectives for newly hired faculty should be pre-established by the faculty member's immediate supervisor for the first year of employment or established in a collaborative manner as per position requirements. Annual Objectives for First-Year (Probationary) Faculty *Administrative) Annual objectives for newly hired faculty (Administrative) should be pre-established by the faculty member's immediate supervisor for the first year of employment or established in a collaborative manner as per position requirements. A. Within **six months of the first day of full-time employment**, the newly hired faculty member will meet with the supervisor to review the annual objectives and the methodology for assessing the achievement of each objective.

B. The first year faculty and supervisor must have a **six-month interim feedback session and interim evaluation conference** to assess and document (see the Annual Objectives & Mid-Year Feedback form the status of the established objectives, noting objectives met, objectives partially met, objectives not met, reach agreement on any modifications of to those objectives where appropriate, and any circumstances or information that provides relevant context for the assessment of the objectives. Discussions regarding the progress and completion of annual objectives may occur more frequently at the request of the faculty member or the supervisor. **The six-month review should have been scheduled on or about June 5, 2023.**

Note: **(1) We did not meet to have a six-month interim feedback session and interim evaluation conference to assess and document the status of the established objectives, noting objectives met, objectives partially met, objectives not met, reach agreement on any modifications of to those objectives where appropriate, and any circumstances or information that provides relevant context for the assessment of the objectives.**

I thank you for time and consideration,

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"

"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

---

On Mon, Jul 31, 2023 at 4:22 PM Keith Harkins <keith.harkins@southside.edu> wrote:
Good afternoon,

I wanted to follow up with you regarding your email about our recent meeting, during which I had the opportunity to share my thoughts about your time with us before your evaluation meeting. As we discussed, I had some concerns regarding your adjustment to SVCC. However, I was pleased to hear that you are doing well and looking forward to the new semester. Your positive outlook left me encouraged and relieved.

As a reminder, your evaluation meeting has been rescheduled for August 2nd. I'm looking forward to talking with you about your performance and contributions to SVCC during the meeting. If you have any questions or need additional information before then, please do not hesitate to reach out.

Thank you for your ongoing dedication and commitment to SVCC. I appreciate your work and contributions to the college community.

Keith


Keith Harkins, Ph.D.
Vice President
Academic & Workforce Programs
Southside Virginia Community College
-----------------------------
200 Daniel Road
Keysville VA, 23947
(o): 434-736-2005
(m): 434-851-5128


Southside Virginia Community College

---

From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Wed, Aug 2, 2023 at 6:57 PM
Subject: Re: Evaluation Meeting
To: Keith Harkins <keith.harkins@southside.edu>


Dr. Harkins,

I did not receive the first two pages of the evaluation from you to review. I have pages 3-5 but not 1-2. Please forward these pages to me, as soon as possible so that I may complete the self-evaluation by Monday, August 7, 2023, as we discussed.

Thank you,

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"


"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

.

# Administrative and Professional Faculty
# Performance Evaluation

*The Administrative and Professional Faculty Development, Evaluation and Recognition Policy intends to create an environment for administrative and professional faculty that promotes high performance and continuous improvement resulting in optimal efficiency and effectiveness in the delivery of services that foster student success. (VCCS Policy: 3.6.1.1)*

| Name of Faculty Member: Dr. Charletta Barringer-Brown | Position #: | Title: Dean of Humanities and Social Sciences | Date: 7/31/2020 |
|---|---|---|---|
| Faculty Designation (select all that apply): ☒First Year  ☒Administrative  ☐Professional | | Faculty Rank: | |
| Status: ☒One-year appointment Probationary Period.  ☐Multi-year appointment | | Evaluation Period: 12/21/2022 to 6/31/2023 (Date of last evaluation) (Date of this evaluation) | |
|  | | | |

**Instructions:** Please provide an assessment of the faculty member's performance in the narrative sections of each of the required performance domains. Under the Annual Objectives section, be sure to list out the specific objectives and select the rating category that best reflects your assessment of the faculty member's performance, any necessary changes or extensions. Be sure to complete the Supportive Documentation Summary section as instructed. During the six-month review, it is SVCC practice to use the EWP and/or Job Description. That is what was done in this instance. More detailed goals will be established from this discussion.

## Performance Domains

### I. Core Responsibilities (VCCS Policy 3.6.1.1.4)

Narrative (include areas of success, opportunities for improvement/learning and areas of concern, where applicable):
Over the past evaluation period, Dr. Barringer-Brown has served as an Academic Dean, responsible for providing leadership and supervision in various academic areas such as teaching, curriculum development, technology, and assessment. While she has shown dedication and expertise in handling administrative affairs, there have been notable challenges in fostering a culture of success within her division.

Creating a culture of success involves not only driving academic excellence but also encouraging innovation, promoting accountability, and proactively seeking strategies that empower students to achieve their academic goals. Unfortunately, Dr. Barringer-Brown has struggled to instill this culture within her division. As a result, there has been a lack of cohesive direction and collective drive to achieve shared objectives.

Furthermore, an essential aspect of effective leadership is creating an open and approachable environment where staff feel comfortable expressing concerns and seeking guidance. Regrettably, Dr. Barringer-Brown has not been successful in this aspect either. Her division has experienced a breakdown in communication, and staff members have expressed hesitation in approaching her with problems, hindering the team's ability to address challenges effectively and collaboratively.

To excel as an Academic Dean, it is crucial to contribute to master planning efforts, utilizing data-driven approaches that value the skills and abilities of faculty and staff. While Dr. Barringer-Brown has demonstrated competence in managing administrative affairs, the lack of a cohesive vision based on best practices and inclusive strategies has resulted in missed opportunities for optimizing the division's performance and potential.

1

---------- Forwarded message ---------

From: **Keith Harkins** <keith.harkins@southside.edu> Date: Thu, Aug 3, 2023, 8:43 AM

Subject: Out of Office Notice Re: Evaluation Meeting
To: <charletta.barringer@southside.edu>

Thank you for your email. I will be out of the office this with limited access to email. I until Wednesday the 9th. I apologize for any inconvenience and will respond as quickly as I can.

Thank

you.

Keith


---------- Forwarded message ---------
From: **Keith Harkins** <keith.harkins@southside.edu>

Date: Thu, Aug 3, 2023 at 8:37 AM
Subject: Re: Evaluation Meeting
To: Charletta Barringer <charletta.barringer@southside.edu>


As requested, Also, I will be at a system office meeting Monday-Wednesday-so I don't think you need to consider Monday a hard deadline.

Keith


Keith Harkins,
Ph.D.
Vice President
Academic & Workforce Programs
Southside Virginia Community College
- - - - - - - - - - - - - - - - - - - - - - - - - - -
200 Daniel Road
Keysville VA, 23947
(o): 434-736-2005
(m): 434-851-5128

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University- Nominating Institution"


"Always remember that you are absolutely unique just like everyone else"-Margaret Mead



SOUTHSIDE VIRGINIA
COMMUNITY COLLEGE

---

From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Tue, Aug 8, 2023 at 10:59 AM
Subject: Evaluation and Leave Request Submitted To: Keith Harkins <keith.harkins@southside.edu>

Greetings Dr. Harkins,

As you are aware, I will be at the Farm to Families event from 12PM-2:30PM, today, August 8, 2023. I will be out on requested leave from August 9, 2023-August 11, 2023 (mini vacay and anniversary).

I will submit my self-assessment evaluation and other related documents by tomorrow, August 9, 2023.

I thank you advance for your time and consideration,


Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University- Nominating Institution"


"Always remember that you are absolutely unique just like everyone else"-Margaret Mead
--

---

From: **Keith Harkins** <keith.harkins@southside.edu>

Date: Wed, Aug 9, 2023 at 10:53 AM
Subject: Re: Evaluation and Leave Request Submitted
To: Charletta Barringer <charletta.barringer@southside.edu>


SOUTHSIDE VIRGINIA
COMMUNITY COLLEGE

---

From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Tue, Aug 8, 2023 at 10:59 AM
Subject: Evaluation and Leave Request Submitted To: Keith Harkins <keith.harkins@southside.edu>

Greetings Dr. Harkins,

As you are aware, I will be at the Farm to Families event from 12PM-2:30PM, today, August 8, 2023. I will be out on requested leave from August 9, 2023-August 11, 2023 (mini vacay and anniversary).

I will submit my self-assessment evaluation and other related documents by tomorrow, August 9, 2023.

I thank you advance for your time and consideration,


Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University- Nominating Institution"


"Always remember that you are absolutely unique just like everyone else"-Margaret Mead
--

---

From: **Keith Harkins** <keith.harkins@southside.edu>

Date: Wed, Aug 9, 2023 at 10:53 AM
Subject: Re: Evaluation and Leave Request Submitted
To: Charletta Barringer <charletta.barringer@southside.edu>

Sounds good. Thank you

---

From: **Charletta Barringer** <charletta.barringer@southside.edu>
Date: Wed, Aug 9, 2023 at 1:31 PM
Subject: Re: Evaluation and Leave Request Submitted
To: Keith Harkins <keith.harkins@southside.edu>


Dr. Harkins,

I have continued to add documentation of the evaluation, it will be submitted by tomorrow, at he latest. I want to be as inclusive as possible of my activities and accomplishments at SVCC, to date.

Thank you,

Charletta H. Barringer-Brown, Ph.D., Ed.D.
Dean and Professor of Humanities, Social Sciences, and Business
Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University- Nominating Institution"


"Always remember that you are absolutely unique just like everyone else"-Margaret Mead

---

From: **Charletta Barringer**
<charletta.barringer@southside.edu> Date: Thu, Aug 10, 2023, 1:37 AM

Subject: Performance Evaluation

To: Keith Harkins <keith.harkins@southside.edu>

Dr. Harkins,

I have attached my performance evaluation and self-assessment with accompanying documentation presented on both submissions, which supports my activities and

progress from the date of hire December 5, 2022, to present August 9, 2023. I can remove the documents from the performance evaluation document and only include them with the self- evaluation, which can be decided upon completion, if desired. We did not have any agreed upon goals and objectives approved to move forward with the formal evaluation process prior to this submission, as of August 9, 2023. I have left the goals and objectives blank until I have received more direction regarding the goals that I would deem appropriate for my professional development, and work/ life balance are considered based on my present workload and accomplishments with SVCC, and within the community.

I, thank you in advance for your time and consideration,


Charletta H. Barringer-Brown, Ph.D., Ed.D.

Dean and Professor of Humanities, Social Sciences, and Business Southside Virginia Community College
109 Campus Drive, Alberta, VA 23821
200 Daniel Road, Keysville, VA 23947
Office phone: (434) 736-2085
Cell phone: (434) 247-3527

"2023 Recipient of the State Council of Higher Education for Virginia (SCHEV) Outstanding Faculty Award (OFA) (Political Science) Virginia State University-Nominating Institution"

"Always remember that you are absolutely unique just like everyone else"-Margaret Mead