EXHIBIT I

---------- Forwarded message ---------
From: **Latrisha McCargo** <latrisha.mccargo@southside.edu>

Date: Thu, Aug 24, 2023 at 8:49 AM
Subject: Training
To: <abevell@mcpsweb.org>, Aileen Cassada <aileen.cassada@southside.edu>, Amy McClure <amy.mcclure@southside.edu>, Andrew Beamon <andrew.beamon@southside.edu>, <andrew_ronemus@cucps.k12.va.us>, Ann Moore <ann.moore@southside.edu>, <anoble@halifax.k12.va.us>, April Rogers-Crawford <april.rogers-crawford@southside.edu>, Barbara Perkins <barbara.perkins@southside.edu>, <berschr@brunswickacademy.com>, Billi Jo Wilkinson <billijo.wilkinson@southside.edu>, Brenda Elder <brenda.elder@southside.edu>, Brent Crow <brent.crow@southside.edu>, Brittney Dugger <brittney.dugger@southside.edu>, Brooklin Callahan <brooklin.callahan@southside.edu>, <bwoodson@cucps.k12.va.us>, Celeste Paynter <celeste.paynter@southside.edu>, Chad Patton <chad.patton@southside.edu>, Charletta Barringer <charletta.barringer@southside.edu>, Chelsea Thorpe <chelsea.taylor@southside.edu>, <chinaseas1975@yahoo.com>, <chr.adj@southside.edu>, <christiehart@svhec.org>, Cindy Mason <cindy.mason@southside.edu>, Crystal Clary <crystal.clary@southside.edu>, Crystal Jones <crystal.jones@southside.edu>, Crystal Smith <crystal.smith@southside.edu>, <csd1955@verizon.net>, David Costley <david.costley@southside.edu>, David Roettger <david.roettger@southside.edu>, David Sanders <david.sanders@southside.edu>, Debbie Holt <debbie.holt@southside.edu>, Deborah Simmons <deborah.simmons@southside.edu>, Debra Andrews <debra.andrews@southside.edu>, Denise Gregory <denise.gregory@southside.edu>, Diane Edmonds <diane.edmonds@southside.edu>, Elizabeth Atkins <elizabeth.atkins@southside.edu>, Elizabeth Burns <elizabeth.burns@southside.edu>, Emily Noblin <emily.noblin@southside.edu>, <garretwilkins@svhec.org>, Heather Green <heather.green@southside.edu>, Humanities, Social Sciences, and Business Faculty <hsb.fac@southside.edu>, Ingrid Fogg <ingrid.fogg@southside.edu>, <jacel.penn@gmail.com>, Jacel Penn <jacel.penn@southside.edu>, Jade Brankley <jade.brankley@southside.edu>, Jamaal Johnston <jamaal.johnston@southside.edu>, James Taylor <james.taylor@southside.edu>, Jennifer Billings <jennifer.billings@southside.edu>, <jforest@halifax.k12.va.us>, John Amoroso <john.amoroso@southside.edu>, John Hicks <john.hicks@southside.edu>, Jon Curry <jon.curry@southside.edu>, Joni Owens <joni.owens@southside.edu>, <joycefhurt@gmail.com>, Karen Fisher <karen.fisher@southside.edu>, Katherine Clatterbuck <katherine.clatterbuck@southside.edu>, <katherine.cole@pecps.k12.va.us>, Katherine Johnson <katherine.jackson@southside.edu>, Kathryn Clarke <kathryn.clarke@southside.edu>, Kathryn Spence <kathryn.spence@southside.edu>, Kathryn Bayne <kathy.bayne@southside.edu>, Keith Harkins <keith.harkins@southside.edu>, Kimberly Richey <kimberly.richey@southside.edu>, Kimberly Richey <krichey@mcpsweb.org>, Kristan Price <kristan.price@southside.edu>, Kristine Smetana <kristine.smetana@southside.edu>, Lauren Philip <lauren.philip@southside.edu>, Laurie Michaelson <laurie.michaelson@southside.edu>, Lisa Hudson <lisa.hudson@southside.edu>, Marilyn Bradley <marilyn.bradley@southside.edu>, Marseille Maxey <marseille.maxey@southside.edu>, Martha Wilson <martha.wilson@southside.edu>, Matt Dunn <matt.dunn@southside.edu>, Matthew Fisher

<matthew.fisher@southside.edu>,
<mchandler@halifax.k12.va.us>, Megan Nipper <megan.nipper@southside.edu>, Melissa
Arthur <melissa.arthur@southside.edu>, <mfording@mcpsweb.org>,
<mglover@henricok12.va.us>, <michelle.howell@k12lcps.org>, <mralston@gcps1.com>,
<msalomon@mcpsweb.org>, <nan.fac@southside.edu>, Nana Ofosu-Benefo <nana.ofosu-
benefo@southside.edu>, Nancy Zirkle <nancy.zirkle@southside.edu>,
<neller.judith@nottowayschools.org>, Nicole Cliborne <nicole.cliborne@southside.edu>,
Philip Pair <philip.pair@southside.edu>, Rebecca Laben <rebecca.laben@southside.edu>,
Robin Daniel <robin.daniel@southside.edu>, Rosa Dunn <rosa.dunn@southside.edu>,
<rosadunn@svhec.org>, <rpeede@bcpschools.org>, Sabrina Williams
<sabrina.williams@southside.edu>, Santiaga Gasalao-Epps <santiaga.gasalao-
epps@southside.edu>, Sarah Fenwick <sarah.fenwick@southside.edu>, Savanna Slayton
<savanna.slayton@southside.edu>, Shana Dix <shana.dix@southside.edu>, Shane Sawyer
<shane.sawyer@southside.edu>, Shanley Dorin <shanley.dorin@southside.edu>, Dr. Sharon
Lyles <sharon.lyles@southside.edu>, Shonea Chappell <shonea.chappell@southside.edu>,
Shyamal Premaratne <shyamal.premaratne@southside.edu>, <srea@mcpsweb.org>,
Stephanie Fiorenza <stephanie.fiorenza@southside.edu>, Sue Carter
<sue.carter@southside.edu>, Susan Hickman <susan.hickman@southside.edu>, Teresa
Slabach <teresa.slabach@southside.edu>,
<terrance.beddow@pecps.k12.va.us>, Terri Milroy <terri.milroy@southside.edu>,
Tiffany Bacon-Broadnax <tiffany.bacon-broadnax@southside.edu>, Tiffany Griffin
<tiffany.griffin@southside.edu>, Tiffany Slagle <tiffany.slagle@southside.edu>, Viveca
Crenshaw <viveca.crenshaw@southside.edu>, Vondrenna Smithers
<vondrenna.smithers@southside.edu>, Wendy Ezell <wendy.ezell@southside.edu>


Good morning!!
Thank you Dr. Barringer-Brown, Viveca and our presenters for the great information session
yesterday. Lots of information but all relevant and necessary! Happy Thursday y'all!!!
--


**LaTrisha McCargo**
Estes Center Education Coordinator

**Southside Virginia Community College**
316 North Main St
Chase City, VA 23924
Phone (434) 372-
0194

latrisha.mccargo@southside.ed
u

*Notary Public*

**southside.edu**
Facebook • Instagram • Twitter

-------- Forwarded message ---------
From: **Debra Andrews** <debra.andrews@southside.edu>
Date: Thu, Aug 24, 2023 at 9:06 AM
Subject: Re: Training
To: Latrisha McCargo <latrisha.mccargo@southside.edu>
Cc: <abevell@mcpsweb.org>, Aileen Cassada <aileen.cassada@southside.edu>, Amy McClure <amy.mcclure@southside.edu>, Andrew Beamon <andrew.beamon@southside.edu>, <andrew_ronemus@cucps.k12.va.us>, Ann Moore <ann.moore@southside.edu>, <anoble@halifax.k12.va.us>, April Rogers-Crawford <april.rogers-crawford@southside.edu>, Barbara Perkins <barbara.perkins@southside.edu>, <berschr@brunswickacademy.com>, Billi Jo Wilkinson <billijo.wilkinson@southside.edu>, Brenda Elder <brenda.elder@southside.edu>, Brent Crow <brent.crow@southside.edu>, Brittney Dugger <brittney.dugger@southside.edu>, Brooklin Callahan <brooklin.callahan@southside.edu>, <bwoodson@cucps.k12.va.us>, Celeste Paynter <celeste.paynter@southside.edu>, Chad Patton <chad.patton@southside.edu>, Charletta Barringer <charletta.barringer@southside.edu>, Chelsea Thorpe <chelsea.taylor@southside.edu>, <chinaseas1975@yahoo.com>, <chr.adj@southside.edu>, <christiehart@svhec.org>, Cindy Mason <cindy.mason@southside.edu>, Crystal Clary <crystal.clary@southside.edu>, Crystal Jones <crystal.jones@southside.edu>, Crystal Smith <crystal.smith@southside.edu>, <csd1955@verizon.net>, David Costley <david.costley@southside.edu>, David Roettger <david.roettger@southside.edu>, David Sanders <david.sanders@southside.edu>, Debbie Holt <debbie.holt@southside.edu>, Deborah Simmons <deborah.simmons@southside.edu>, Denise Gregory <denise.gregory@southside.edu>, Diane Edmonds <diane.edmonds@southside.edu>, Elizabeth Atkins <elizabeth.atkins@southside.edu>, Elizabeth Burns <elizabeth.burns@southside.edu>, Emily Noblin <emily.noblin@southside.edu>, <garretwilkins@svhec.org>, Heather Green <heather.green@southside.edu>, Humanities, Social Sciences, and Business Faculty <hsb.fac@southside.edu>, Ingrid Fogg <ingrid.fogg@southside.edu>, <jacel.penn@gmail.com>, Jacel Penn <jacel.penn@southside.edu>, Jade Brankley <jade.brankley@southside.edu>, Jamaal Johnston <jamaal.johnston@southside.edu>, James Taylor <james.taylor@southside.edu>, Jennifer Billings <jennifer.billings@southside.edu>, <jforest@halifax.k12.va.us>, John Amoroso <john.amoroso@southside.edu>, John Hicks <john.hicks@southside.edu>, Jon Curry <jon.curry@southside.edu>, Joni Owens <joni.owens@southside.edu>, <joycefhurt@gmail.com>, Karen Fisher <karen.fisher@southside.edu>, Katherine Clatterbuck <katherine.clatterbuck@southside.edu>, <katherine.cole@pecps.k12.va.us>, Katherine Johnson <katherine.jackson@southside.edu>, Kathryn Clarke <kathryn.clarke@southside.edu>, Kathryn Spence <kathryn.spence@southside.edu>, Kathryn Bayne <kathy.bayne@southside.edu>, Keith Harkins <keith.harkins@southside.edu>, Kimberly Richey <kimberly.richey@southside.edu>, Kimberly Richey <krichey@mcpsweb.org>, Kristan Price

<kristan.price@southside.edu>, Kristine Smetana <kristine.smetana@southside.edu>, Lauren Philip <lauren.philip@southside.edu>, Laurie Michaelson <laurie.michaelson@southside.edu>, Lisa Hudson <lisa.hudson@southside.edu>, Marilyn Bradley <marilyn.bradley@southside.edu>, Marseille Maxey <marseille.maxey@southside.edu>, Martha Wilson <martha.wilson@southside.edu>, Matt Dunn <matt.dunn@southside.edu>, Matthew Fisher <matthew.fisher@southside.edu>, <mchandler@halifax.k12.va.us>, Megan Nipper <megan.nipper@southside.edu>, Melissa Arthur <melissa.arthur@southside.edu>, <mfording@mcpsweb.org>, <mglover@henricok12.va.us>, <michelle.howell@k12lcps.org>, <mralston@gcps1.com>, <msalomon@mcpsweb.org>, <nan.fac@southside.edu>, Nana Ofosu-Benefo <nana.ofosu-benefo@southside.edu>, Nancy Zirkle <nancy.zirkle@southside.edu>, <neller.judith@nottowayschools.org>, Nicole Cliborne <nicole.cliborne@southside.edu>, Philip Pair <philip.pair@southside.edu>, Rebecca Laben <rebecca.laben@southside.edu>, Robin Daniel <robin.daniel@southside.edu>, Rosa Dunn <rosa.dunn@southside.edu>, <rosadunn@svhec.org>, <rpeede@bcpschools.org>, Sabrina Williams <sabrina.williams@southside.edu>, Santiaga Gasalao-Epps <santiaga.gasalao-epps@southside.edu>, Sarah Fenwick <sarah.fenwick@southside.edu>, Savanna Slayton <savanna.slayton@southside.edu>, Shana Dix <shana.dix@southside.edu>, Shane Sawyer <shane.sawyer@southside.edu>, Shanley Dorin <shanley.dorin@southside.edu>, Dr. Sharon Lyles <sharon.lyles@southside.edu>, Shonea Chappell <shonea.chappell@southside.edu>, Shyamal Premaratne <shyamal.premaratne@southside.edu>, <srea@mcpsweb.org>, Stephanie Fiorenza <stephanie.fiorenza@southside.edu>, Sue Carter <sue.carter@southside.edu>, Susan Hickman <susan.hickman@southside.edu>, Teresa Slabach <teresa.slabach@southside.edu>, <terrance.beddow@pecps.k12.va.us>, Terri Milroy <terri.milroy@southside.edu>, Tiffany Bacon-Broadnax <tiffany.bacon-broadnax@southside.edu>, Tiffany Griffin <tiffany.griffin@southside.edu>, Tiffany Slagle <tiffany.slagle@southside.edu>, Viveca Crenshaw <viveca.crenshaw@southside.edu>, Vondrenna Smithers <vondrenna.smithers@southside.edu>, Wendy Ezell <wendy.ezell@southside.edu>


Dr. Barringer-Brown,

Absolutely!


Debra


**Debra Andrews**
College Recruiter
Supervisor, High School Career Coach Program & Shared Services Distance Learning (SSDL)

Southside Virginia Community College
200 Daniel Road
Keysville, Virginia 23947
434-736-2025 (phone)
434-736-2082 (fax)
debra.andrews@southside.edu

---

---------- Forwarded message ---------
From: **Keith Harkins** <keith.harkins@southside.edu>
Date: Fri, Aug 25, 2023 at 10:56 AM
Subject: Re: Teleworking 08 24 2023
To: Charletta Barringer <charletta.barringer@southside.edu>


Not a problem. Thank you for putting together the faculty event the other night. I thought it went well.

Have a good weekend.

Keith


Keith Harkins,
Ph.D.
Vice President
Academic & Workforce Programs
Southside Virginia Community College
- - - - - - - - - - - - - - - - - - - - - - - - - - -
200 Daniel Road
Keysville VA, 23947
(o): 434-736-2005
(m): 434-851-5128


SOUTHSIDE VIRGINIA
COMMUNITY COLLEGE


On Fri, Aug 25, 2023 at 10:47 AM Charletta Barringer
<charletta.barringer@southside.edu> wrote:
Greetings Dr. Harkins,

I am requesting to change my in-office campus status to telework 8AM-4PM, today, August 25, 2023.

Thank you,

University- Nominating Institution"

"Always remember that you are absolutely unique just like everyone else"-Margaret Mead