UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____DIVISION

C. Hope Barringer-Brown
_____
Plaintiff(s),

v.                          Civil Action Number: 3:24cv465

Virginia Community College
Southside Community College System VCCS,
_____
Defendant(s),

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of Plaintiff's Response to
_____
(Title of Document)
Defendants Motion to Dismiss Amended Complaint

Charletta Barringer-Brown
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: September 18, 2024
_____
(Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
                                                                    (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____(Date)