# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Charletta Barringer-Brown, PH.D, <br><br> *Plaintiff(s)* <br> v. <br> Southside Virginia Community College et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:24cv465 |

RECEIVED NOV 26 2024 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Virginia Community College System
SERVE: Noelle L. Shaw-Bell, Associate Systgem Counsel
300 Arboretum Place
Suite 200
Richmond, VA 23236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charletta Barringer-Brown
5818 Hereld Green Dr.
Chesterfield, VA 23832

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/21/2024                                          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24cv465

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
Eastern District of Virginia

Case Number: 3:24CV465

Plaintiff:
**C. Hope Barringer-Brown, Ph.D.**

vs.

Defendant:
**Southside Virginia Community College**

Received by Hester Process Service, Inc. to be served on **Virginia Community College System Serve: Noelle L. Shaw-Bell, Associate System Counsel, 300 Arboretum Place, Suite 200, Richmond, VA 23236.**

I, Donna F. Hester, being duly sworn, depose and say that on the **4th day of September, 2024 at 4:32 pm**, I:

**NON-SERVED** the **Summons in a Civil Action and Amended Complaint** for the reason that I failed to find **Virginia Community College System Serve: Noelle L. Shaw-Bell, Associate System Counsel** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
Service attempts:
(1) 9/3/2024 at 4:25 PM. Sent message via the Kiosk that I was there to see Noelle Shaw-Bell. No response received.
(2) 9/4/2024 at 4:32 PM. No response from Noelle Shaw-Bell.
(3) 9/5/2024 at 3:45 p.m. Called Ms. Shaw-Bell, but there was no answer. Left voice mail message but did not receive a call back.
(4) 9/6/2024 Sent e-mail to Noelle Shaw-Bell, but no reply received.

I certify that I am over the age of 18, not a party to the above-named action, nor otherwise interested in the subject matter in controversy.

Subscribed and sworn to before me on the 4th day of November, 2024 by the affiant who is personally known to me.

Notary public

State of Virginia
County of Chesterfield
My Commission Expires 7/31/2025



Donna F. Hester
Process Server

Hester Process Service, Inc.
P.O. Box 37128
N. Chesterfield, VA 23234
(804) 271-0298

Our Job Serial Number: HTR-2024011707

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

